THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff-Appellant, and IRVING LANGMUIR et al., Plaintiffs-Intervenors-Appellants, *v.* SYSTEM PROPERTIES, INC., et al. TRUSTEES OF DARTMOUTH COLLEGE et al., Defendants-Appellants, and COUNTY OF WARREN et al., Defendants-Respondents.

Submitted January 3, 1956; decided January 5, 1956.

Motion by plaintiffs-intervenors-appellants to have appeal heard upon one copy of the record before the Appellate Division granted.